2

26-10038

JUSTIN JARVIS JEROME PHILLIPS

4501 WOODWARD ABE
DETROIT, MI 48201

FILED
JAN 21 2026
CLERK'S OFFICE
DETROIT

D STATES DISTRICT COURT
E EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
RE LEVIN UNITED STATES COURTHOUSE
WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

DA

METROPLEX MI 480
9 JAN 2026 PM 16
FIRST-CLASS

US POSTAGE PITNEY B
ZIP 48226 $ 000.7
02 7W
0008037343 JAN 09 2

RECEIVED
JAN 21 2026

NIXIE 482 DE 1 0001/17/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 48226271839 *2490-01844-09-47

48201>180099

RECEIVED
JAN 21 2026
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Justin Jarvis Jerome Phillips,

Plaintiff(s),

v.

Case No. 4:26- cv- 10038- FKB- APP
Hon. F. Kay Behm

Washtenaw, County of, et al.,

Defendant(s),

**NOTICE REGARDING PARTIES' RESPONSIBILITY TO NOTIFY COURT OF ADDRESS CHANGE**

**THIS NOTICE IS A REMINDER** that you are required, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever your address, e- mail address, phone number and/or other contact information changes. In addition, Rule 11 of the Federal Rules of Civil Procedure requires you to include your address on every document filed with the Clerk.

Failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

Notices regarding changes to your address or other contact information should include the following:

- Your Name
- Your New Address
- Your New E- Mail Address and/or Telephone Number
- Your Case Number
- If you are a prisoner, your Inmate Number

Send your notice to the Clerk at:

United States District Court
Clerk's Office
231 Lafayette Boulevard
Detroit, Michigan 48226

Remember, your failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/M Chryczyk
Deputy Clerk

Dated: January 8, 2026