UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN JARVIS JEROME
PHILLIPS,

      Plaintiff,

v.

JOHN DOE SHERIFF'S
DEPUTIES 1-10,

      Defendants.

_____ /

Case No. 26-10038

F. Kay Behm
United States District Judge

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.

      **SO ORDERED**.

Date: March 20, 2026

      s/ F. Kay Behm
      F. Kay Behm
      United States District Judge